NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOM BROWN, JR., and ERNEST
S. MARSHALL,

          Appellant,

v.

JAMIE MARIE BROWN, a/k/a JAMIE
MARIE SNYDER,

          Appellee.

Case No. 2D19-178

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Thom Brown, Jr., and Ernest S. Marshall,
pro se.

Eileen H. Griffin of Griffin & Associates,
P.A., Brandon, for Appellee.

PER CURIAM.

          Affirmed.

KHOUZAM, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.